JS 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RPM MANAGEMENT, INC., ISAGANI TAMAYO, AND PETRONILA TAMAYO,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY AND U.S. CITIZENSHIP AND IMMIGRATION SERVICES,<br><br>Defendants. | CASE NO. CV 08-3292 DSF (SSx)<br><br>JUDGMENT |

This matter having come for hearing on August 31, 2009, and the Court having reviewed the record and found in favor of Defendants,

IT IS ORDERED AND ADJUDGED AS FOLLOWS:

Judgment is entered in favor of Defendants.  Plaintiffs shall recover nothing from Defendants.  Defendants shall recover from Plaintiffs their costs pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920 and Local Rule 54.

DATED:    9/16/09

_____
Dale S. Fischer
United States District Judge